# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT LEXINGTON

| | |
|---|---|
| LORA CAPEHART, | ) |
| Plaintiff, | ) NO. 2:18-CV-00025-WOB-CJS |
| v. | ) |
| MCDONALD'S RESTAURANTS OF KENTUCKY, INC. | ) |
| Defendant. | ) |

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lora Capehart and Defendant McDonald's Restaurants of Kentucky, Inc., hereby jointly request that this Court dismiss with prejudice Plaintiff's claims against Defendant in the above-styled action. Except as otherwise agreed, the parties shall each bear their own costs, expenses, and attorney's fees.

HAVE SEEN AND APPROVED:

| **MINNILLO & JENKINS Co., LPA** | **DICKINSON WRIGHT, PLLC** |
|---|---|
| /s/ Paul J. Minnillo | /s/ David A. Owen |
| Paul J. Minnillo (EDKY Bar No. 95420) | David A. Owen (Bar No. 82150) |
| Christian A. Jenkins | 300 West Vine Street, Suite 1700 |
| *Admitted Pro Hac Vice | Lexington, Kentucky 40507 |
| Robb S. Stokar | Tel: (859) 899-8700 |
| *Admitted Pro Hac Vice | Fax: (844) 670-6009 |
| 2712 Observatory Avenue | E-mail: dowen@dickinsonwright.com |
| Cincinnati, Ohio 45208 | |
| Tel: (513) 723-1600 | Morris Reid Estes, Jr. |
| Fax: (513) 723-1620 | *Admitted Pro Hac Vice |
| E-mail: pjminnillo@minnillojenkins.com | Robert Cameron Caldwell |
| cjenkins@minnillojenkins.com | *Admitted Pro Hac Vice |
| rstokar@minnillojenkins.com | Ariel Mason Kelly |
| **COUNSEL FOR PLAINTIFF LORA CAPEHART** | *Admitted Pro Hac Vice |
| | 424 Church Street, Suite 800 |
| | Nashville, TN 37219 |

Telephone: (615) 244-6538
Fax: (844) 670-6009
E-mail: restes@dickinsonwright.com
ccaldwell@dickinsonwright.com
akelly@dickinsonwright.com

**COUNSEL FOR MCDONALD'S RESTAURANTS OF KENTUCKY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send electronic notice to all counsel of record.

*/s/ David A. Owen*
David A. Owen

NASHVILLE 80173-14 649687v1