# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| **LORA CAPEHART,** ) | |
| ) | |
| ) | NO. 2:18-CV-00025-WOB-CJS |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | |
| **MCDONALD'S RESTAURANTS OF** ) | |
| **KENTUCKY, INC.** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Lora Capehart and Defendant McDonald's Restaurants of Kentucky, Inc., having jointly stipulated that this case be dismissed with prejudice as to Plaintiff's individual claims against Defendant McDonald's Restaurants of Kentucky, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

**IT IS THEREFORE ORDERED** that Plaintiff Lora Capehart's individual claims against Defendant McDonald's Restaurants of Kentucky, Inc., in this action are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed. This Order shall have no effect on the claims of anyone other than Plaintiff Lora Capehart. The Court shall retain jurisdiction to enforce the terms of the parties' settlement.

Date:_____                                    _____
                                                   UNITED STATES DISTRICT JUDGE

**APPROVED**:

| | |
|---|---|
| **MINNILLO & JENKINS Co., LPA** | **DICKINSON WRIGHT, PLLC** |
| /s/ Paul J. Minnillo | /s/ David A. Owen |
| Paul J. Minnillo (EDKY Bar No. 95420) | David A. Owen (Bar No. 82150) |
| Christian A. Jenkins | 300 West Vine Street, Suite 1700 |
| * Admitted Pro Hac Vice | Lexington, Kentucky 40507 |
| Robb S. Stokar | Tel: (859) 899-8700 |
| * Admitted Pro Hac Vice | Fax: (844) 670-6009 |
| 2712 Observatory Avenue | E-mail: dowen@dickinsonwright.com |
| Cincinnati, Ohio 45208 | |
| Tel: (513) 723-1600 | Morris Reid Estes, Jr. |
| Fax: (513) 723-1620 | *Admitted Pro Hac Vice |
| E-mail: pjminnillo@minnillojenkins.com | Robert Cameron Caldwell |
| cjenkins@minnillojenkins.com | *Admitted Pro Hac Vice |
| rstokar@minnillojenkins.com | Ariel Mason Kelly |
| **COUNSEL FOR PLAINTIFF LORA CAPEHART** | *Admitted Pro Hac Vice |
| | 424 Church Street, Suite 800 |
| | Nashville, TN 37219 |
| | Telephone: (615) 244-6538 |
| | Fax: (844) 670-6009 |
| | E-mail: restes@dickinsonwright.com |
| | ccaldwell@dickinsonwright.com |
| | akelly@dickinsonwright.com |
| | **COUNSEL FOR MCDONALD'S RESTAURANTS OF KENTUCKY, INC.** |

NASHVILLE 80173-14 649671v1